IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                                ORDER

                   Plaintiff,

                                                                                              06-cr-126-bbc

     v.

LAWRENCE GREEN,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Lawrence Green has filed a letter asking the court to order that he be placed in a half way house under the Second Chance Act. I will construe his letter as a motion to modify his sentence and deny it because I have no authority to reduce or modify defendant's sentence.

      Once the sentencing court has imposed a sentence, the court loses jurisdiction to make any changes in the sentence except in two specific circumstances: (1) if the United States Government moves for a reduction in recognition of substantial assistance that the defendant has provided; or (2) if the court of appeals reverses defendant's conviction. Neither of these things has happened in this case, so I must deny defendant's motion.

      However, I have no objection to defendant's placement in a residential re-entry center

1

if the Bureau of Prisons thinks it would be helpful to him.

ORDER

IT IS ORDERED that defendant Lawrence Green's motion to modify his sentence is DENIED on the ground that the court lacks the authority to grant the relief requested.

Entered this 21st day of May, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge